# IN THE SUPERIOR COURT OF GUAM

THE PEOPLE OF GUAM,

vs.

KEITH JERMAINE GARRIDO.
DOB:05/02/1992

Defendant.

) CRIMINAL CASE NO. CF684-12
)
)
)
)
)
)
) DECISION AND ORDER:
) DEFENDANT'S MOTION TO DISMISS
) THE FIRST CHARGE OF THE
) INDICTMENT
)
)
)
)
)

This matter came before the Honorable Anita A. Sukola on October 1, 2014, on Keith Jermaine Garrido's ("Defendant") Motion to Dismiss the First Charge of the Indictment. Defendant filed the instant motion on September 30, 2014 by and through his counsel, Assistant Alternate Public Defender Stephen P Hattori. The People of Guam ("the People") filed its opposition to the motion on October 1, 2014. The People were represented by Chief Deputy Attorney General Phillip J. Tydingco. Following the hearing, the Court took the matter under advisement pursuant to CVR 7.1 (e)(6)(D) of the Local Rules of the Superior Court of Guam.

Defendant argues that the first charge of the indictment should be dismissed on account of the People's failure to include a requisite mens rea. On October, 2, 2014, the People went before the Grand Jury and a True Bill was returned containing a mental state for the crime alleged in charge one of the indictment. On account of the First Amended Indictment on

October 2, 2014, the Court finds that the requisite mens rea is now included in the first charge against the Defendant. Accordingly, the Court finds the motion moot. For this reason, Defendant's motion is **DENIED**.

The Court sets a continued Pre-Trial Conference for November 17, 2014, at 9:30 a.m.

**SO ORDERED** this ___ day of OCTOBER, 2014.


HONORABLE ANITA A. SUKOLA
Judge, Superior Court of Guam

**SERVICE VIA COURT BOX**

I acknowledge that a copy of the original hereto was placed in the court box of: AG'S / APD

DMD

Date: Time: 9:45am

Deputy Clerk, Superior Court of Guam

CF684-12: *People v. Garrido*
Defendant's Motion to Dismiss First Charge of Indictment